# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2012

142438-9

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ESTATE OF SHERRILL TURNER v NICHOLS

_____

DELAINA PATTERSON, as Personal
Representative for the Estate of Sherrill Turner,
Deceased, and Robert Turner, a Minor, Individually,
by his Next Friend, DELAINA PATTERSON,
              Plaintiff-Appellee,

v

SHERRY NICHOLS,
              Defendant,
and

TERRI SUTTON,
              Defendant-Appellant.

SC: 142438-9
COA: 288375, 291287
Wayne CC: 08-111034-NO

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2012

Clerk

t0117